# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD DALE LAFEVER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-05-361-RAW |
| ) | |
| HASKELL HIGGINS, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On November 30, 2007, Magistrate Judge West filed a Report and Recommendation, recommending that this action (commenced by petitioner's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241) be dismissed because petitioner did not demonstrate relief was warranted. No objection has been filed. The recommendation of the Magistrate Judge will be followed.

It is the Order of the Court that the Report and Recommendation of the United States Magistrate Judge is hereby adopted and affirmed as the Order of the Court. Petitioner's petition pursuant to 28 U.S.C. §2241 is hereby DISMISSED.

**ORDERED THIS 9th DAY OF JANUARY, 2008.**

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma